IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02858-PAB-MEH

FERRELLGAS, INC.,

    Plaintiff,

v.

GEORGE CORKLE,
PATRICIA CORKLE, and
NORTH PARK PROPANE LLC,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 4, 2011.**

    Plaintiff's Motion for Expedited Discovery [filed November 3, 2011; docket #3] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 11(a)[1] and D.C. Colo. LCivR 7.1A.

---

[1] The Plaintiff has requested leave to substitute this motion with a signed motion; however, the proposed substituted motion also does not contain a signature. *See* docket #9-3.