IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02858-PAB-MEH

FERRELLGAS, INC.,

    Plaintiff,

v.

GEORGE CORKLE,
PATRICIA CORKLE, and
NORTH PARK PROPANE LLC,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court on the parties' Joint Motion for Entry of Stipulated Final Injunction [Docket No. 23]. The parties have reached a settlement and request that the Court enter judgment pursuant to the terms of a Stipulated Final Injunction. *See* Docket No. 23 at 1; Docket No. 21 ("Stipulated Final Injunction"). The parties request that the Court enter an order incorporating the terms of the Stipulated Final Injunction which shall remain in effect until September 8, 2013 and that, until that date, the "Court shall retain jurisdiction over the parties for the purposes of enforcement of any provisions of this Order." Docket No. 21 at 2-3. There is no need to both incorporate the terms of the stipulation into the order and separately retain jurisdiction. The Court retains jurisdiction to enforce its own orders. *Cf. Floyd v. Ortiz*, 300 F.3d 1223, 1226 n.3 (10th Cir. 2002) ("[A] district court can retain jurisdiction over a settlement agreement if the order of dismissal shows an intent to retain jurisdiction *or*

incorporates the settlement agreement.") (citation and quotation marks omitted, emphasis added). The parties further request the inclusion of the following term: "Violation of this Order by Defendants, or anyone acting in concert or participation with them, may be regarded as contempt of Court." Docket No. 21 at 3. It is also unnecessary to expressly reference the potential consequences of violating a court order, as parties are subject to such consequences regardless of whether they are mentioned in an order. With these two exceptions, the Court will issue a separate order pursuant to the terms proposed by the parties and, therefore, it is

**ORDERED** that Joint Motion for Entry of Stipulated Final Injunction [Docket No. 23] is GRANTED.

DATED December 22, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge