IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02858-PAB-MEH

FERRELLGAS, INC.,

    Plaintiff,

v.

GEORGE CORKLE,
PATRICIA CORKLE, and
NORTH PARK PROPANE LLC,

    Defendants.

_____

**ORDER**
_____

    This matter comes before the Court on the joint motion of plaintiff Ferrellgas, Inc. ("Ferrellgas") and defendants George Corkle, Patricia Corkle, and North Park Propane LLC for entry of a final injunction pursuant to a settlement agreement between the parties. Pursuant to this Court's order [Docket No. 24] granting the parties' Joint Motion for Entry of Stipulated Final Injunction [Docket No. 23], it is

    **ORDERED** as follows:

    1.    Except with respect to the conduct specifically authorized in paragraphs 4 and 5 below, defendants George Corkle, Patricia Corkle and North Park Propane LLC (collectively "Defendants"), or anyone acting on their behalf, shall not call upon, solicit, sell, take away, deliver to, accept business or orders from, or otherwise have business dealings with any Ferrellgas "Customer" (as defined in Exhibit "A" to the Employee Agreements, *see* Docket No. 1-1 at 3) located in Jackson, Routt or Grand counties in

Colorado, or in Carbon or Albany counties in Wyoming.  This restriction applies only to propane products or services, and not to other products or services that are or may be offered for sale by Ferrellgas.

2. Defendants shall not use or disclose any Ferrellgas trade secrets – including "Company Information" or "Customer Information" (as defined in Exhibit "A" to the Employee Agreements, *see* Docket No. 1-1 at 3) – and will immediately return any documents showing any such information (including any list identifying the names or addresses of Ferrellgas Customers) to Ferrellgas at the following address:

> Legal Department -- Ferrellgas
> One Liberty Plaza
> Liberty, Missouri 64068

3. If a Ferrellgas Customer contacts any of Defendants and requests a delivery or propane products or services, Defendant(s) will tell the customer:  "Pursuant to an agreement between Ferrellgas and North Park and George and Tricia Corkle, we are no longer able to provide propane services to Ferrellgas Customers.  Ferrellgas may be contacted at (970) 723-3368."

4. Notwithstanding the restrictions set forth in paragraph 1 above, Defendants shall be permitted to provide propane or propane-related products or services to a Ferrellgas Customer (as defined in Exhibit "A" to the Employee Agreements, *see* Docket No. 1-1 at 3) provided they obtain prior written consent to do so from an authorized agent of Ferrellgas.

5. Notwithstanding the restrictions set forth in paragraph 1 above, Defendants shall be permitted to refill propane cylinders belonging to any and all persons – including Ferrellgas Customers – provided that the propane cylinders have

water capacity of 20 gallons or less and the propane refilling occurs from the bottle dock located at North Park Propane's place of business.

      6.      Subject to paragraphs 1 through 5 above, all other provisions of George and Patricia Corkles' Employee Agreements that survived termination of their employment with Ferrellgas shall remain in full force and effect.

      7.      This Order shall remain in full force and effect until September 8, 2013.  It is further

**ORDERED** that judgment shall enter in accordance with the foregoing and that this matter shall be closed in its entirety.

DATED December 22, 2011.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge